IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARVEL JONES,**<br><br>        **Plaintiff,**<br><br>  vs.<br><br>**KATHY HERIAN; ROSETTA MCALLISTER, R.N.; KRIS BOE SIMMONS; DAWN COLLINS; HUNTER LEWIS; MATTHEW LEWIS; SECURITY TEAM MEMBERS; COMPLIANCE TEAM MEMBERS; KOLTEN NEUHAUS; JAMES JOHNSON; TYLER STENDER; CHRIS NEWHAUS; CAMERON LIEWER; EDGAR OLIVAN; JOSH DIETERMAN; COREY BANKS; STEPHANIE OWENS; DON WHITMIRE; and DREW ENGLISH; in their individual capacities;**<br><br>        **Defendants.** | **8:20CV365**<br><br>**CASE PROGRESSION ORDER** |

    The parties may now commence discovery. See NECivR 16.1(c)("Pro se cases assigned to a district judge for trial are exempt from the disclosure and conference requirements of Federal Rule of Civil Procedure 26."). Accordingly,

    **IT IS ORDERED** that the case progression order is as follows:

1. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be <u>served</u> on or before **March 16, 2022**.

2. All motions to amend the pleadings shall be filed on or before **April 25, 2022**. The parties must comply with the provisions of NECivR 15.1 when moving to amend the pleadings.

3. All depositions, whether or not they are intended to be used at trial, shall be completed by **May 23, 2022**.

4. Motions to compel discovery shall be filed on or before **May 31, 2022.** The parties must comply with the provisions of NECivR 7.1(i) before filing a motion to compel.

5. All dispositive motions shall be filed on or before **June 30, 2022**. The parties must comply with the provisions of NECivR 7.1 and NECivR 56.1 when filing summary judgment motions.

2

6. The pretrial and trial settings will be set by the undersigned magistrate judge after the Court rules on all dispositive motions.

Dated this 31st day of January, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge