IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARVEL JONES,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KATHY HERIAN; ROSETTA MCALLISTER, R.N.; KRIS BOE SIMMONS; DAWN COLLINS; HUNTER LEWIS; MATTHEW LEWIS; SECURITY TEAM MEMBERS; COMPLIANCE TEAM MEMBERS; KOLTEN NEUHAUS; JAMES JOHNSON; TYLER STENDER; CHRIS NEWHAUS; CAMERON LIEWER; EDGAR OLIVAN; JOSH DIETERMAN; COREY BANKS; STEPHANIE OWENS; DON WHITMIRE; and DREW ENGLISH; in their individual capacities;**<br><br>**Defendants.** | **8:20CV365**<br><br>**AMENDED CASE PROGRESSION ORDER** |

This matter comes before the Court on the Defendants' Motion to Extend Certain Case Progression Deadlines (Filing No. 78). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Defendants' Motion to Extend Certain Case Progression Deadlines (Filing No. 78) is granted and the case progression order is amended as follows:

1. All depositions, whether or not they are intended to be used at trial, shall be completed by **July 22, 2022**.

2. Motions to compel discovery shall be filed on or before **August 1, 2022.** The parties must comply with the provisions of NECivR 7.1(j) before filing a motion to compel.

3. All dispositive motions shall be filed on or **August 29, 2022**. The parties must comply with the provisions of NECivR 7.1 and NECivR 56.1 when filing summary judgment motions.

4. The pretrial and trial settings will be set by the undersigned magistrate judge after the Court rules on all dispositive motions.

Dated this 24th day of May, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge