IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>                 Plaintiff,<br><br>  vs.<br><br>KATHY HERIAN; ROSETTA MCALLISTER, R.N.; KRIS BOE SIMMONS; DAWN COLLINS; HUNTER LEWIS; MATTHEW LEWIS; SECURITY TEAM MEMBERS; COMPLIANCE TEAM MEMBERS; KOLTEN NEUHAUS; JAMES JOHNSON; TYLER STENDER; CHRIS NEWHAUS; CAMERON LIEWER; EDGAR OLIVAN; JOSH DIETERMAN; COREY BANKS; STEPHANIE OWENS; DON WHITMIRE; and DREW ENGLISH; in their individual capacities;<br><br>                 Defendants. | 8:20CV365<br><br>ORDER |

       This matter comes before the Court on Plaintiff's Motion to Compel (Filing No. 80). Plaintiff asks the Court to compel Defendants to answer discovery requests Plaintiff "filed on April 6, 2022." Plaintiff states Defendants have responded to Plaintiff's requests for admissions, but asked Plaintiff for more time to complete their answers to interrogatories and responses to production of documents.

       Prior to the Court's receipt of Plaintiff's Motion to Compel, the Court granted Defendants' Motion to Extend Certain Case Progression Deadlines (Filing No. 78) by entering an Amended Case Progression Order (Filing No. 79) dated May 24, 2022. Defendants represented they are still completing their responses to interrogatories and requests for production as requested by Plaintiff, and asked the Court to extend certain deadlines while the parties complete discovery. The Court found good cause to extend case progression deadlines by 60-days to facilitate completion of discovery. Therefore, at this time Plaintiff's Motion to Compel will be denied. Accordingly,

       **IT IS ORDERED** that Plaintiff's Motion to Compel (Filing No. 80) is denied.

Dated this 25th day of May, 2022.

                                                                               BY THE COURT:

                                                                               s/Michael D. Nelson
                                                                               United States Magistrate Judge